IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES STIFFLER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 05-1112 ) ) Judge Terrence F. McVerry |
| EQUITABLE RESOURCES, INC., | ) ) Mag. Judge Lisa Pupo Lenihan |
| Defendant. | ) ) |

## ORDER

AND NOW, this 14th day of December 2005, following discussion with counsel for all parties at the status conference on December 13, 2005, it is hereby ORDERED as follows:

1. Defendant shall have until January 17, 2006 to file its Motion for Summary Judgment, Concise Statement of Material Facts, Memorandum in Support, and Appendix.

2. Plaintiff's Responsive Concise Statement, Memorandum in Opposition, and Appendix shall be filed ~~[redacted]~~ on or before Friday, March 3, 2006.

3. Defendant may file reply papers, as permitted by Local Rule 56.1.D, within 14 days of the filing of Plaintiff's Responsive Concise Statement, Memorandum in Opposition, and Appendix.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   Counsel of record